# Court of Appeals
## Tenth Appellate District of Texas

10-26-00130-CR

William Antoine Thomas,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
361st District Court of Brazos County, Texas
Judge David G. Hilburn, presiding
Trial Court Cause No. 25-00242-CRF-361

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

William Antoine Thomas appealed from a judgment of conviction pursuant to a plea bargain. The certificate of right of appeal signed by the trial court, Thomas, and Thomas's trial counsel dated April 9, 2026, indicates that this "is a plea-bargain case, and the defendant has NO right of appeal," and that "[t]he defendant has waived the right of appeal for all purposes." The State has filed a motion to dismiss the appeal for want of jurisdiction.

Because the trial court's certificate of right of appeal signed by Thomas indicates that this is a plea-bargain case and there is no right to appeal and that Thomas has waived the right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, the State's motion to dismiss is granted and this appeal is dismissed for want of jurisdiction.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 16, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed;
Motion granted
Do not publish
CR25

